FILED
JUL 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Antonio ESPARZA-Perez Defendant. | Mag. Case No. '08 MJ 8596<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the United States |

The undersigned complainant, being duly sworn, states:

On or about June 30, 2008, within the Southern District of California, defendant Antonio ESPARZA-Perez, an alien, who previously had been excluded, deported, or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4) , and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

LUIS A. SALAS
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 2ND DAY OF JULY 2008.

PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Antonio ESPARZA-Perez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent (BPA), C. Nonas-Truong, that the Defendant was found and arrested on June 30, 2008, approximately two miles east of Calexico, California.

On June 30, 2008, at approximately 9:25 p.m. BPA Truong approached the individual and identified himself as a United States Border Patrol Agent. BPA Truong conducted a field immigration interview with the individual in order to determine his immigration status. Antonio ESPARZA-Perez stated he is a citizen of Mexico illegally in the United States. BPA Truong placed ESPARZA under arrest.

Record checks revealed an Immigration Judge ordered ESPARZA deported to Mexico on November 3, 1999, from the United States. Record checks also revealed that ESPARZA has a criminal history.

There is no evidence ESPARZA has ever applied to the Attorney General of the United States for permission to re-enter the United States after having been deported, excluded, or removed from the United States.